|   |   |
|---|---|
| | The Honorable Robert S. Lasnik |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICHAEL BOND and MARK MORRIS, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>COSTCO WHOLESALE CORPORATION, a Washington corporation; HAWAIIAN ISLES KONA COFFEE, LTD., LLC, a Hawaiian limited liability company; COST PLUS/WORLD MARKET, a subsidiary of BED BATH & BEYOND, a New York corporation; BCC ASSETS, LLC d/b/a BOYER'S COFFEE COMPANY, INC., a Colorado corporation; JAVA LLC, a Michigan limited liability company; MULVADI CORPORATION, a Hawaii corporation; COPPER MOON COFFEE, LLC, an Indiana limited liability company; GOLD COFFEE ROASTERS, INC., a Florida corporation; CAMERON'S COFFEE AND DISTRIBUTION COMPANY, a Minnesota corporation; PACIFIC COFFEE, INC., a Hawaii corporation; THE KROGER CO., an Ohio corporation; WALMART INC., a Delaware corporation; BED BATH & BEYOND INC., a New York corporation; ALBERTSONS COMPANIES INC., a Delaware Corporation; SAFEWAY INC., a Delaware Corporation; MNS LTD., a Hawaii Corporation; MARMAXX OPERATING CORP. d/b/a T.J. MAXX AND MARSHALLS, a Delaware corporation; | No. 2:19-CV-00305-RSL<br><br>**STIPULATED MOTION AND [PROPOSED] ORDER REGARDING EXTENSION OF TIME FOR DEFENDANT COSPT PLUS, INC. TO FILE RESPONSE TO COMPLAINT**<br><br>**NOTED ON MOTION CALENDAR:**<br>**April 4, 2019** |

*STIPULATED MOTION AND ORDER REGARDING EXTENSION OF TIME TO FILE RESPONSE TO COMPLAINT- 1*
No 2:19-CV-00305-RSL

**HILLIS CLARK MARTIN & PETERSON P.S.**
999 Third Avenue, Suite 4600
Seattle, WA 98104
Tel: (206) 623-1745

SPROUTS FARMERS MARKET, INC. a Delaware corporation; JOHN DOE CO. 1-20,

Defendants.

## I. STIPULATION

The parties, by and through their respective undersigned counsel, hereby enter into this Stipulation and agree to entry of an Order as set forth below:

1. Defendant Cost Plus, Inc.'s current deadline to file a responsive pleading or motion was April 3, 2019.

2. The parties agree that the current deadline for Cost Plus, Inc. to file a responsive pleading or motion should be extended to June 1, 2019.

RESPECTFULLY SUBMITTED this 4th day of April, 2019.

KARR TUTTLE CAMPBELL

By  *s/Paul Richard Brown*
Paul Richard Brown, WSBA #19357
Nathan T. Paine, WSBA #34487
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Tel: (206) 223-1313
Fax: (206) 682-7100
E-mail: pbrown@karrtuttle.com;
npaine@karrtuttle.com

Attorneys for Plaintiffs

HILLIS CLARK MARTIN & PETERSON P.S.

By  *s/Eric D. Lansverk*
Eric D. Lansverk, WSBA #17218
999 Third Avenue, Suite 4600
Seattle, WA 98104
Tel: (206) 623-1745
Fax: (206) 623-7789
E-mail: eric.lansverk@hcmp.com

BRYAN CAVE LEIGHTON PAISNER LLP
(pro hac vice applications pending)

Marcy J. Bergman (CA Bar No. 75826)
Merrit M. Jones (CA Bar No. 209033)
Three Embarcadero Center, 7th Floor
San Francisco, California 94111-4070
Telephone: (415) 675-3400
Facsimile: (415) 675-3635
Email: Merrit.Jones@bclplaw.com;
Marcy.Bergman@bclplaw.com

Attorneys for Defendant Cost Plus, Inc.

STIPULATED MOTION AND ORDER REGARDING EXTENSION OF TIME TO FILE RESPONSE TO COMPLAINT- 2
No 2:19-CV-00305-RSL

HILLIS CLARK MARTIN & PETERSON P.S.
999 Third Avenue, Suite 4600
Seattle, WA 98104
Tel: (206) 623-1745

**IT IS SO ORDERED.**

DATED this 5th day of April, 2019.

*[signature]*

JUDGE ROBERT S. LASNIK

STIPULATED MOTION AND ORDER REGARDING
EXTENSION OF TIME TO FILE RESPONSE TO
COMPLAINT- 3
No 2:19-CV-00305-RSL

**HILLIS CLARK MARTIN & PETERSON P.S.**
999 Third Avenue, Suite 4600
Seattle, WA  98104
Tel: (206) 623-1745