THE HONORABLE ROBERT J. LASNIK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICHAEL BOND and MARK MORRIS, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>COSTCO WHOLESALE CORPORATION, a Washington corporation; HAWAIIAN ISLES KONA COFFEE, LTD., LLC, A Hawaiian limited liability company; COST PLUS/WORLD MARKET, a subsidiary of BED BATH & BEYOND, a New York corporation; BCC ASSETS, LLC d/b/a BOYER'S COFFEE COMPANY, INC., a Colorado corporation; JAVA LLC, a Michigan limited liability company; GOLD COFFEE ROASTERS, INC., a Florida corporation; CAMERON'S COFFEE AND DISTRIBUTION COMPANY, a Minnesota corporation; PACIFIC COFFEE, INC., a Hawaii corporation; THE KROGER CO., an Ohio corporation; WALMART INC., a Delaware corporation; BED BATH & BEYOND INC., a New York corporation; ALBERTSONS COMPANIES INC., a Delaware Corporation; SAFEWAY INC., a Delaware Corporation; MNS LTD., a Hawaii corporation; MARMAXX OPERATING | Case No. 2:19-cv-00305-RSL<br><br>[PROPOSED] ORDER GRANTING STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT |

[PROPOSED] ORDER GRANTING STIPULATION
EXTENDING TIME TO RESPOND TO COMPLAINT - 1
No. 2:19-cv-00305-RSL

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107

| | |
|---|---|
| 1 | CORP. d/b/a T.J. MAXX AND MARSHALLS, a Delaware corporation; SPROUTS FARMERS MARKET, INC. a Delaware corporation; JOHN DOE CO. 1-20, |
| 2 | |
| 3 | |
| 4 | Defendants. |

## [PROPOSED] ORDER

This matter comes before the Court on Plaintiffs' and Defendant Hawaiian Isles Kona Coffee, Ltd., LLC's ("Defendant") stipulation to extend the deadline for Defendant to respond, including but not limited to by motion or pleading, to Plaintiffs' Complaint until June 5, 2019.

Having reviewed the parties' Stipulation and good cause appearing, the Court hereby grants the Stipulation, and the deadline for Defendant to respond to Plaintiffs' Complaint is hereby extended to June 5, 2019.

IT IS SO ORDERED.

Dated this __11th__ day of __April__, 2019.

_____
Honorable Robert S. Lasnik
United States District Court Judge

[PROPOSED] ORDER GRANTING STIPULATION
EXTENDING TIME TO RESPOND TO COMPLAINT - 2
No. 2:19-cv-00305-RSL

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000  FAX: 206.223.7107

*Presented by:*

KARR TUTTLE CAMPBELL

/s/Nathan Paine
Nathan Paine, WSBA #34487
Paul Richard Brown, WSBA #19357
Daniel T. Hagen, WSBA #54015
Mark A. Bailey, WSBA #26337
701 Fifth Avenue, Suite 3300
Seattle, WA 98104
Phone: 206-223-1313
Email: npaine@karrtuttle.com
       pbrown@karrtuttle.com
       dhagen@karrtuttle.com
       mbailey@karrtuttle.com

*Attorneys for Plaintiffs*

LANE POWELL PC

/s/Tiffany Scott Connors
Erin M. Wilson, WSBA #42454
Jessica Walder, WSBA #47676
Tiffany Scott Connors, WSBA #41740
1420 Fifth Avenue, Suite 4200
Seattle, WA 98101
Phone: 206-223-7000
Email: wilsonem@lanepowell.com
       walderj@lanepowell.com
       connorst@lanepowell.com

*Attorneys for Defendant Hawaiian Isles Kona Coffee Ltd LLC*

[PROPOSED] ORDER GRANTING STIPULATION
EXTENDING TIME TO RESPOND TO COMPLAINT - 3
No. 2:19-cv-00305-RSL

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000  FAX: 206.223.7107