The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| MICHAEL BOND and MARK MORRIS, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>COSTCO WHOLESALE CORPORATION, a Washington corporation; HAWAIIAN ISLES KONA COFFEE, LTD., LLC, a Hawaiian limited liability company; COST PLUS/WORLD MARKET, a subsidiary of BED BATH & BEYOND, a New York corporation; BCC ASSETS, LLC d/b/a BOYER'S COFFEE COMPANY, INC., a Colorado corporation; JAVA LLC, a Michigan limited liability company; MULVADI CORPORATION, a Hawaii corporation; COPPER MOON COFFEE, LLC, an Indiana limited liability company; GOLD COFFEE ROASTERS, INC., a Florida corporation; CAMERON'S COFFEE AND DISTRIBUTION COMPANY, a Minnesota corporation; PACIFIC COFFEE, INC., a Hawaii corporation; THE KROGER CO., an Ohio corporation; WALMART INC., a Delaware corporation; BED BATH & BEYOND INC., a New York corporation; ALBERTSONS COMPANIES INC., a | NO.   2:19-cv-00305-RSL<br><br>**STIPULATION AND [PROPOSED] ORDER SETTING DATE FOR DEFENDANT COSTCO WHOLESALE CORPORATION'S RESPONSE TO PLAINTIFFS' COMPLAINT** |

STIPULATION AND ORDER SETTING DATE FOR
COSTCO'S RESPONSE TO COMPLAINT – 1
No. 2:19-cv-00305-RSL

SAVITT BRUCE & WILLEY LLP
1425 Fourth Avenue Suite 800
Seattle, Washington  98101-2272
(206) 749-0500

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6 | Delaware Corporation; SAFEWAY INC., a Delaware Corporation; MNS LTD., a Hawaii Corporation; MARMAXX OPERATING CORP. d/b/a T.J. MAXX AND MARSHALLS, a Delaware corporation; SPROUTS FARMERS MARKET, INC. a Delaware corporation; JOHN DOE CO. 1-20.<br><br>  Defendants. |

## I. STIPULATION

Plaintiffs and Defendant Costco Wholesale Corporation ("Costco"), by and through their undersigned counsel, hereby stipulate and agree that Costco may have until June 3, 2019 to respond to the Complaint herein, without prejudice to or waiver of any defenses including without limitation those set forth in Fed. R. Civ. P. 12(b).

//

//

//

STIPULATION AND ORDER SETTING DATE FOR
COSTCO'S RESPONSE TO COMPLAINT – 2
No. 2:19-cv-00305-RSL

SAVITT BRUCE & WILLEY LLP
1425 Fourth Avenue Suite 800
Seattle, Washington 98101-2272
(206) 749-0500

SO STIPULATED AND AGREED this 11th day of April, 2019.

| **KARR TUTTLE CAMPBELL** | **SAVITT BRUCE & WILLEY LLP** |
|---|---|
| By  *s/Paul Brown [email auth.]* <br> Paul Richard Brown, WSBA #19357 <br> Mark A. Bailey, WSBA #26337 <br> Nathan T. Paine, WSBA #34487 <br> Daniel T. Hagen, WSBA #54015 <br> 701 Fifth Avenue, Suite 3300 <br> Seattle, Washington 98104 <br> Telephone: (206) 223-1313 <br> Facsimile: (206) 682-7100 <br> Email: npaine@karrtuttle.com <br> Email: mbailey@karrtuttle.com <br> Email: pbrown@karrtuttle.com <br> Email: dhagen@karrtuttle.com | By  *s/Duffy Graham* <br> Stephen C. Willey, WSBA #24499 <br> Duffy Graham, WSBA #33103 <br> Brandi B. Balanda, WSBA #48836 <br> 1425 Fourth Avenue Suite 800 <br> Seattle, Washington 98101-2272 <br> Telephone: 206.749.0500 <br> Facsimile:  206.749.0600 <br> Email: swilley@sbwLLP.com <br> Email: dgraham@sbwLLP.com <br> Email: bbalanda@sbwLLP.com |
| Attorneys for Plaintiffs | Attorneys for Defendant Costco Wholesale Corporation |

## II. ORDER

In accordance with the foregoing stipulation, it is so **ORDERED**.

DATED this 16th day of April, 2019.

_____
The Honorable Robert S. Lasnik

STIPULATION AND ORDER SETTING DATE FOR
COSTCO'S RESPONSE TO COMPLAINT – 3
No. 2:19-cv-00305-RSL

**SAVITT BRUCE & WILLEY LLP**
1425 Fourth Avenue Suite 800
Seattle, Washington 98101-2272
(206) 749-0500